UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOHN BROWN LEWIS, IV,

    Petitioner,

v.       No. 1:23-CV-00170-H

SHERIFF WAYBURN,

    Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice for lack of exhaustion.

Dated September 19, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge